UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BETHANY R. NOTTER, | Civil No. 3:06-cv-5558-FDB-KLS |
| Plaintiff, | |
| vs. | ORDER FOR EXTENSION |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

Based on the Stipulation of the parties and the Declaration of Terrye E. Shea, it is hereby ORDERED that Defendant shall have until March 26, 2007, to file Defendant's Responsive Brief. It is further ORDERED that Plaintiff shall have until April 16, 2007, to file a Reply Brief.

///

Page 1        ORDER - [C06-1527-JPD]

1 | DATED this 27th day of February, 2007.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Terrye E. Shea   WSB # 27609
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2143
Fax: (206)615-2531
terrye.shea@ssa.gov

Page 2          ORDER - [C06-1527-JPD]