UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BETHANY R. NOTTER,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | CASE NO.   C06-5558FDB-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

    Plaintiff, 33 years old, alleges disability as of November 1, 2001 due to diabetes, asthma, adrenal insufficiency, hydrocephalus, allergies, and depression. The Magistrate Judge submits a Report and Recommendation (R&R) that the Administrative Law Judge's (ALJ) decision be affirmed, and Plaintiff has filed objections with a request to allow a brief over the page limit to be filed.

    The Magistrate Judge submitted a detailed, thorough, and well-reasoned report. Plaintiffs objections do not convince this Court that the ALJ erred, or that Magistrate Judge's R&R should not be adopted.

    The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and recommendation, and the remaining record, does hereby find and ORDER:

    (1)    Plaintiff's "Motion for Order Allowing Filing of Over-Length Objections" [Dkt. # 22] is GRANTED;

1   (2)   The Court adopts the Report and Recommendation;

2   (3)   The administrative decision is AFFIRMED; and

3   (4)   The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel

4         and Magistrate Judge Karen L. Strombom.

6   DATED this 29th day of August 2007.

                              /s/ Franklin D. Burgess
                              FRANKLIN D. BURGESS
                              UNITED STATES DISTRICT JUDGE