# United States District Court

WESTERN DISTRICT OF WASHINGTON

BETHANY R. NOTTER

       JUDGMENT IN A CIVIL CASE

    v.

MICHAEL J. ASTRUE
Commissioner of Social Security

CASE NUMBER: C06-5558FDB

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. Plaintiff's Motion for Order Allowing Filing of Over-Length Objections (Dkt #22) is GRANTED.

2. The Court adopts the Report and Recommendation.

3. The administrative decision is AFFIRMED.

September 5, 2007            BRUCE RIFKIN
                                                                      Clerk

                                                             s/ D. Forbes
                                                            By, Deputy Clerk